UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHNNY LACY, JR.,

    Plaintiff,

                                                               Case No. 11-CV-1084

CHARLES COLE, et al.,

    Defendants.

**ORDER DENYING MOTION TO PROCEED ON APPEAL**
***IN FORMA PAUPERIS* AND MOTION TO COMPEL**

      This case was dismissed, effective March 1, 2012, because the plaintiff failed to submit the $350.00 filing fee prior to that date. Judgment was entered on March 6, 2012, and the plaintiff filed a notice of appeal. In an Order entered April 17, 2012, the United States Court of Appeals for the Seventh Circuit noted the plaintiff's three "strikes" under 29 U.S.C. § 1915(g) and directed him to pay the $455.00 in required fees by May 1, 2012. The Seventh Circuit warned the plaintiff that his appeal would be dismissed if he does not timely pay the required fees. Now before me are two motions the plaintiff has filed in this Court.

      First, the plaintiff filed a motion for leave to appeal *in forma pauperis*. However, this motion will be denied as moot because the Seventh Circuit has already made a determination regarding the plaintiff's appellate filing fee.

      Second, the plaintiff has filed a motion to compel the defendant to provide the plaintiff with meaningful access to the courts. He seeks a court order directing the warden to provide him with

a legal loan of up to $100.00 and suggests that the denial of his legal loan is retaliatory. This issue is not relevant in this closed case, and the motion will be denied.

**THEREFORE, IT IS ORDERED** that the plaintiff's motion for leave to appeal *in forma pauperis* (ECF No. 23) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the plaintiff's motion to compel (ECF No. 24) is **DENIED**.

Dated this   27th   day of April, 2012.

>   s/ William C. Griesbach
>   William C. Griesbach
>   United States District Judge